UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE L. BUTLER; GERALDINE R. SHIRVANIAN; FIVE STAR NUTRITION, A CALIFORNIA CORPORATION; STEPHEN KINGS; and Does 1-10,<br><br>Defendants. | Case: 2:18-CV-00132-MCE-GGH<br><br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE